Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
JUL 23 2008
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HARROD, | Case No. CV 03-6598-CJC (PJW) |
| Petitioner, | JUDGMENT |
| v. | |
| A.K. SCRIBNER, WARDEN, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: July 18, 2008.

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\HARROD, J 6598\Judgment.wpd