UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JESSE HARROD,                          )   CASE NO. CV 03-6598-CJC (PJW)
                                       )
                  Petitioner,          )   ORDER ACCEPTING REPORT AND
                                       )   ADOPTING FINDINGS, CONCLUSIONS,
        v.                             )   AND RECOMMENDATIONS OF UNITED
                                       )   STATES MAGISTRATE JUDGE, AND
A.K. SCRIBNER, WARDEN,                 )   DENYING CERTIFICATE OF
                                       )   APPEALABILITY
                  Respondent.          )
_____)

        Pursuant to 28 U.S.C. Section 636, the Court has reviewed the
Petition, records on file, and the Final Report and Recommendation of
the United States Magistrate Judge.  Further, the Court has engaged in
a *de novo* review of those portions of the original Report to which
Petitioner has objected.  The Court accepts the Report and adopts the
findings, conclusions, and recommendations of the Magistrate Judge.

        Further, for the reasons stated in the Final Report and
Recommendation, the Court finds that Petitioner has not made a
substantial showing of the denial of a constitutional right and
therefore, a certificate of appealability is denied.  *See* 28 U.S.C.

1   § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S.

2   322, 336 (2003).

3

4   DATED: November 8, 2016.

5

6

7                                    _____

8                                    CORMAC J. CARNEY
                                     UNITED STATES DISTRICT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28