UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE HARROD, | Case No. CV 03-6598-CJC (PJW) |
| Petitioner, | |
| v. | JUDGMENT |
| A.K. SCRIBNER, WARDEN, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: November 8, 2016

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE